

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990  |  E-Mail: asanders@bn-lawyers.com

March 18, 2026

*The request for an additional 60 days to complete discovery is GRANTED. In light of the situation described in this letter, the request at Dkt. 23 is DENIED without prejudice. Counsel should meet and confer to see if these issues can be resolved, and should file a joint letter with the Court by March 25, 2026 informing the Court of any renaming issues or if plaintiff would like to renew its motion.*

*The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.*

Hon. Arun Subramanian
United States District Court   SO ORDERED.
500 Pearl Street
New York, NY 10007

Arun Subramanian, U.S.D.J.
Date: March 19, 2026

RE:    Morzillo v. Experian Information Solutions, Inc. and Rent Recovery Solutions, Inc.
       25-cv-2722

Dear Judge Subramanian:

Please be advised that the undersigned represents Rent Recovery Solutions. I have filed my Notice of Appearance yesterday, March 17th, and my client has asked me to assume the role of lead counsel in this case.

I am writing in response to plaintiff's recently submitted letter motion pursuant to FRCP 37 (Doc. 23).

I have been in discussion with plaintiff's counsel, Kevin Mallon, and he has indicated that plaintiff intends to ask the Court for an additional 60 days to complete discovery. The undersigned agrees to this request. In addition, Mr. Mallon and I plan to meet within the next few days to discuss pending discovery issues.

Defendant is asking the Court to defer making any ruling on plaintiff's letter motion in light of my entry into this case and in light of our intention to meet with Mr. Mallon and attempt to resolve discovery issues with him.

Thank you for your attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/ctw